United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE COPPOLA FAMILY TRUST, FRANCIS FORD COPPOLA, an individual; and ELEANOR COPPOLA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TORG HOLDING CORPORATION, a Connecticut corporation, TAVOLA ITALIAN KITCHEN, LLC, a Connecticut limited liability company, ANTHONY PIRRAGLIA, an individual, and JON PAUL PIRRAGLIA, an individual,<br><br>Defendants. | Case No.: C-12-01646-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

The Court understands that the above-captioned case has settled. (Dkt. No. 54.) Accordingly, all pending motion, case management and trial dates are **VACATED**.

The Court also understands that the parties intend to seek reassignment of the case to Judge Ryu to maintain jurisdiction to enforce settlement terms. A compliance hearing on this matter shall be held on Friday, March 1, 2013 on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) consents to Judge Ryu's jurisdiction; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

1  Telephonic appearances will be allowed if the parties have submitted a joint statement in a
2  timely fashion. Failure to do so may result in sanctions.
3  This Order terminates Dkt. No. 22.

Dated: February 14, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2